WD/WA #MJ15-5055

AO 442   (Rev. 05/07) Warrant for Arrest

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2014 FEB 25 AM 9:54

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

v.

Darnell Dollison

*Sealed*

**WARRANT FOR ARREST**

ORIGINAL

Case:   3:09-cr-00106-01-JWS
USMS-D/ALASKA-WARRANTS
FID# _393230_
WARRANT # _1406-0225-0203-D_
Entered NCIC _____
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____darnell Dollison_____
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court
☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☒ Supervised Release Violation   ☐ Violation Notice

___ FILED ___ LODGED
___ RECEIVED
APR 15 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

charging him or her with   (brief description of offense)
The defendant has violated one condition of his supervised release.

in violation of _____ United States Code, _____

Marvel Hansbraugh
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_Natalie K Lay_, Deputy Clerk
Signature of Issuing Officer

Anchorage   2/25/14
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

ANCHORAGE, AK

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/25/2014 | USMS | R. Sn___ |
| DATE OF ARREST 2/25/2014 | | |

PROB 12C
(7/93)

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ALASKA

Petition for Warrant or Summons for Offender Under Supervised Release

| | |
|---|---|
| Name of Offender: Darnell Dollison | Case Number: 3:09-cr-00106-01-JWS |
| Sentencing Judicial Officer: | John W. Sedwick, Senior U.S. District Judge |
| Date of Original Sentence: | April 20, 2010 |
| Original Offense: | Distribution of a Controlled Substance (two counts) in violation of 21 U.S.C. § 841(a)(1) with penalty provisions at 21 U.S.C. § 841(b)(1)(C), Class C felonies |
| Original Sentence: | 27 months jail and three years supervised release |
| Date Supervision Commenced: | August 12, 2011 |
| Asst. U.S. Attorney: Frank Russo | Defense Attorney: Rich Curtner |

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons
[ ]   No warrant or summons action required; defendant already incarcerated or summoned to appear

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on October 3, 2013, the defendant did knowingly possess with intent to manufacture or deliver a scheduled IA controlled substance, heroin in violation of Alaska Statute (AS) 11.71.020(a)(1) and AS 11.61.110(a)(1) and/or (B).  This violation is a Grade A violation. |

*Petition for Warrant or Summons*
*Name of Offender*       :       nell Dollison
*Case Number*            :       3:09-cr-00106-01-JWS

U.S. Probation Officer Recommendation:

   The term of supervised release should be:

      [X]    Revoked
      [ ]    Extended for _____ year(s), for a total term of _____ years.

U.S. Probation Officer Recommendation regarding Bail/Detention: Considering the nature of the defendant's instant conviction, combined with the nature of his instant allegation and his extensive criminal history, the probation officer believes the defendant is a danger to the community and requests that he remain detained pending the outcome of this matter.

[ ]    The conditions of supervised release should be modified as follows:

                                                  Respectfully submitted,

                                                 s/Travis Lyons

                                               Travis Lyons
                                               U.S. Probation/Pretrial Services Officer
                                               Date: February 20, 2014

Approved by:

s/Scott J. Waters
_____

Scott J. Waters
Deputy Chief U.S. Probation Officer

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case: 3:09-cr-00106-01-JWS |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| ) | |
| Darnell Dollison ) | |

I, Travis Lyons, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised release for Darnell Dollison, and in that capacity declare as follows.

April 20, 2010, the defendant was sentenced to 27 months jail and three years supervised release for Distribution of a Controlled Substance (two counts) in violation of 21 U.S.C. § 841(a)(1) with penalty provisions at 21 U.S.C. § 841(b)(1)(C), Class C felonies. The defendant started his term of supervised release on August 12, 2011.

In September 2013 officers from the Anchorage Police Department (APD) initiated an investigation of Diamond Detail, located at 151 A St Loop #7, Anchorage, Alaska. At that time the defendant was employed as a mechanic at Diamond Detail. Their investigation revealed that various illegal narcotics were being sold out of that location. The investigation also revealed that the defendant was aware of, and facilitated, the sale of heroin.

On October 3, 2013, APD conducted a search warrant of Diamond Detail. That search discovered 12.65 grams of heroin, 1.90 grams of methamphetamine, 2.43 grams of cocaine, 29.88 grams of marijuana, and two digital scales. According to APD, the substances seized during the search were confirmed positive for their perspective illegal substance by the State crime lab. The defendant was present, arrested, and later indicted charging that the defendant knowingly possessed with intent to manufacture or deliver a scheduled IA controlled substance, heroin in violation of Alaska Statute (AS) 11.71.020(a)(1) and AS 11.61.110(a)(1) and/or (B) (case 3AN-13-10710-CR). At the time of his arrest, the defendant possessed in his pockets two cellular phones, a wallet with 21 gift cards, and $1,206 in cash. It should also be noted that surveillance noted the morning prior to the raid several vehicles had approached the shop for short periods of time. There were also multiple people in and around the shop at the time of raid.

The defendant is currently in State custody, after failing to abide by his pretrial release conditions and is awaiting trial in this matter. Trial is currently set for the week of April 7, 2014.

Executed this 20th day of February, 2014, at Anchorage, Alaska, in conformance with the

1

*Declaration in Support of Petition*
*DOLLISON, Darnell*
*3:AN-cr-00106-01-JWS*

provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

s/Travis Lyons
Travis Lyons
U.S. Probation Officer
District of Alaska

2